**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES W. SHANNON, | ) | NO. CV 06-6173-JSL (MAN) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND |
| G.J. GIURBINO, WARDEN, | ) | RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) | MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objection to the Report. The Court has conducted a *de novo* review of those matters to which objections have been stated. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

         IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

         LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   August 22, 2013

*/s/ Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

2