**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES W. SHANNON, | ) | NO. CV 06-6173-JSL (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| G.J. GIURBINO, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 22, 2013.

*/s/ Spencer Letts/*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE